No. 04–7605.  VON BRESSENSDORF ET VIR v. UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 04–7610.  RASHID v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–7614.  HERNANDEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–7620.  WALKER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–7621.  BARRERA-SAUCEDO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–7622.  BELL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–7628.  LYN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–7632.  LIPPMAN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 04–7633.  LEWIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–7637.  MOYA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–7655.  BLACK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–466.  MASON, WARDEN v. MITCHELL.  C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 04–132.  MICHIGAN v. MCRAE.  Sup. Ct. Mich.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 04–366.  CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM v. EBBERS ET AL.  C. A. 2d Cir.  Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.